## Shestak *v.* Carrier Air Conditioning Co., Appellant.

 Argued
June 8, 1970. *Roger B. Wood,* with him *Joseph R. Thompson,* for appellant; *Alvin M. Weiss,* with him *Astor & Weiss,* for appellee.

Orders in all three appeals affirmed.